STATE v. HASTY

No. 338P99

Case below: 133 N.C.App. 563

Petition by defendant (Harvey Lee Stewart) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Petition by defendant (Jarvis S. Hasty) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. HENAGAN

No. 243P99

Case below: 132 N.C.App. 824

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.

STATE v. HILL

No. 535A95-2

Case below: Harnett County Superior Court

Motion by defendant pro se to set execution date denied 22 July 1999. Motion by defendant pro se to terminate appeals denied 22 July 1999.

STATE v. HUGHES

No. 282P99

Case below: 133 N.C.App. 349

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. JOHNSON

No. 205P99

Case below: 128 N.C.App. 361

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.